NUMBER 13-08-00322-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG






IN RE ASSET PROTECTION & SECURITY SERVICES, L.P.






On Petition for Writ of Mandamus. 






MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Vela


Per Curiam Memorandum Opinion



 Relator, Asset Protection & Security Services, L.P., filed a petition for writ of
mandamus in the above cause arguing that the trial court abused its discretion in denying
relator's motion to compel arbitration. On May 22, 2008, this Court requested a response
from Juan Martinez, III, the real party in interest, and said response was duly filed on July
7, 2007. 

 The Court, having examined and fully considered the petition for writ of mandamus
and response thereto, is of the opinion that relator has not shown itself entitled to the relief
sought. Accordingly, the petition for writ of mandamus is DENIED. See Tex. R. App. P.
52.8(a). 

 

 PER CURIAM


Memorandum Opinion delivered and 

filed this 18th day of July, 2008.